IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:07-cv-195 (HL) |
| **ONE PARCEL OF REAL PROPERTY AND IMPROVEMENTS, LOCATED AT 159 BRIGHT WATER DRIVE, LEESBURG, LEE COUNTY, GEORGIA, et al.,** | : | |
| Defendant Property. | : | |

## ORDER

On August 4, 2008, this case was stayed at the request of Plaintiff pending the resolution of the investigation and criminal charges against Franklin Spring, Michael Suber, Michael Slaymaker, Riley McDaniel, and Weyman Harris in Criminal Case Numbers 1:08-CR-1 (HL), 1:08-CR-8 (HL), 1:08-CR-18 (HL), 1:08-CR-19 (HL), and 1:08-CR-20 (HL).

A review of the Court's docket shows that judgments have been entered against each of the listed defendants in the listed criminal actions. Therefore, there appears to be no reason this case should remain stayed. The parties are hereby directed to advise the Court as to the status of this case no later than October 23, 2009.

**SO ORDERED**, this the 5th day of October, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh