IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| v | CASE NO. 1:07-CV-195(HL) |
| ONE PARCEL OF REAL PROPERTY AND IMPROVEMENTS, LOCATED AT 159 BRIGHT WATER DRIVE, LEESBURG, LEE COUNTY, GEORGIA, *et al,* Defendant Property. | |

### ORDER ON PLAINTIFF'S MOTION TO STAY PROCEEDINGS

This matter having come before the Court on the Plaintiff's Motion to Stay these proceedings, and the Court having reviewed the pleadings, the Court finds good cause to stay these proceedings pending the resolution of the ongoing investigation.

THEREFORE, IT IS HEREBY ORDERED that the above-styled case be stayed pending further order of the Court.

This 14th day of December, 2009.

*s/  Hugh Lawson*
HUGH  LAWSON,  SENIOR  JUDGE

PREPARED BY:
s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.  052683