IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:07-cv-195 (HL) |
| **ONE PARCEL OF REAL PROPERTY AND IMPROVEMENTS, LOCATED AT 159 BRIGHT WATER DRIVE, LEESBURG, LEE COUNTY, GEORGIA, et al.,** | : | |
| Defendant Property. | : | |

**ORDER**

This case, which has now been pending for over three and a half years, has effectively been stayed since August of 2008. The parties are directed to file a written status report regarding this case not later than May 13, 2011. Unless the parties provide sufficient legal cause for this case to remain stayed, the stay will be lifted, and this case will proceed to discovery and trial.

**SO ORDERED**, this the 2nd day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh